**GIBSON, DUNN & CRUTCHER LLP**
STEPHANIE SILVANO (NJ Bar No. 168182016)
Email: ssilvano@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

*Attorney for Defendant Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| KACY KNIGHT, on behalf of herself and all other similarly situated,<br><br>            Plaintiff,<br><br>    vs.<br><br>META PLATFORMS, INC.<br><br>            Defendant. | Case No. 2:23-cv-13347-MCA-JSA<br><br>**NOTICE OF ATTORNEY APPEARANCE** |

Please take notice that the undersigned, who is admitted to practice before this Court, hereby enters her appearance as counsel for Defendant Meta Platforms, Inc., in the above-captioned case.

Dated:  November 8, 2023                                        Respectfully submitted,

                                                                                By:   /s/Stephanie L. Silvano
                                                                                        STEPHANIE L. SILVANO
                                                                                        (Bar No. 168182016)
                                                                                        ssilvano@gibsondunn.com
                                                                                        GIBSON, DUNN & CRUTCHER LLP
                                                                                        200 Park Avenue
                                                                                        New York, NY 10166-0193
                                                                                        Telephone:  212.351.4000

                                                                                        *Attorney for Defendant*