**GIBSON, DUNN & CRUTCHER LLP**
STEPHANIE SILVANO (NJ Bar No. 168182016)
Email: ssilvano@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

ELIZABETH K. McCLOSKEY (*pro hac vice* forthcoming)
Email: emccloskey@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  (415) 393-4622
Facsimile:   (415) 393-8306

*Attorneys for Defendant Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| KACY KNIGHT, on behalf of herself and all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>META PLATFORMS, INC.<br><br>Defendant. | Case No. 2:23-cv-13347-MCA-JSA<br><br>**META PLATFORMS, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |

This Corporate Disclosure Statement is filed on behalf of Defendant Meta Platforms, Inc. in compliance with the provisions of Federal Rule of Civil Procedure 7.1(a). Undersigned counsel of record certifies that Meta Platforms, Inc. is a publicly held non-governmental corporation, that it does not have a parent corporation, and

1

that no publicly held corporation owns 10% or more of its stock. Meta Platforms, Inc. is a publicly held company organized under the laws of Delaware.

These representations are made to enable the Court to evaluate possible disqualification or recusal. Meta Platforms, Inc. will supplement its disclosure if necessary.

Dated: November 8, 2023                                /s/ *Stephanie Silvano*
                                                       Stephanie Silvano
                                                       *Attorney for Defendant*