**GIBSON, DUNN & CRUTCHER LLP**
STEPHANIE SILVANO (NJ Bar No. 168182016)
Email: ssilvano@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

ELIZABETH K. McCLOSKEY (*pro hac vice* forthcoming)
Email: emccloskey@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  (415) 393-4622
Facsimile:   (415) 393-8306

*Attorneys for Defendant Meta Platforms, Inc.*

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KACY KNIGHT, on behalf of herself and all other similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>META PLATFORMS, INC.<br><br>　　　　　　Defendant. | Case No. 2:23-cv-13347-MCA-JSA |

### CERTIFICATE OF SERVICE

　　　　I hereby certify that I have on this date filed the following documents on behalf of Defendant Meta Platforms, Inc. with the Clerk of Court:

- My Notice of Attorney Appearance; and

- Defendant's Corporate Disclosures Pursuant to Fed. R. Civ. P. 7.1; and

1

2

- Defendant's Consent Motion to Extend Time to Respond to Plaintiff's Complaint and Set Motion to Dismiss Briefing Schedule; and

- Defendant's Local Rule 11.2 Certification; and

- This Certificate of Service.

I further certify that I have filed the aforementioned documents using the CM/ECF system, which will automatically send e-mail notification of such filings to all counsel of record.

Dated: November 8, 2023                    /s/ *Stephanie Silvano*
                                           Stephanie Silvano

                                           *Attorney for Defendant*