**GIBSON, DUNN & CRUTCHER LLP**
STEPHANIE SILVANO (NJ Bar No. 168182016)
Email: ssilvano@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

ELIZABETH K. McCLOSKEY (*pro hac vice* forthcoming)
Email: emccloskey@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  (415) 393-4622
Facsimile:   (415) 393-8306

*Attorneys for Defendant Meta Platforms, Inc.*

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KACY KNIGHT, on behalf of herself and all other similarly situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>META PLATFORMS, INC.<br><br>    Defendant. | **CONSENT MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND SET MOTION TO DISMISS BRIEFING SCHEDULE**<br><br>Fed. R. Civ. P. 6(b); L.Civ.R. 6.1(a)<br><br>Case No. 2:23-cv-13347-MCA-JSA |

Pursuant to Federal Rule of Civil Procedure 6(b) and L.Civ.R. 6.1(a), defendant Meta Platforms, Inc. ("Meta"), by and through its counsel of record,

hereby requests the Court for an Order extending the time for Meta to respond to plaintiff's Complaint and establishing a motion to dismiss briefing schedule. Pursuant to L.Civ.R. 10.1(a), Meta states that the address of its principal place of business is 1 Meta Way, Menlo Park, California, 94025.  In support of this motion, Meta states the following:

    1.    Plaintiff filed the Complaint on August 30, 2023 (ECF No. 1).

    2.    Meta was served with the Complaint on October 19, 2023 (ECF No. 4).

    3.    Meta's deadline to respond to the Complaint is currently November 9, 2023.

    4.    No deadlines have previously been extended.

    5.    The parties agree there is good cause to extend Meta's time to respond to the Complaint and the parties' deadlines for briefing Meta's contemplated motion to dismiss given the factual and legal issues.

    6.    This motion is not made to delay or impede these proceedings.

    7.    The time to answer or otherwise respond to the Complaint has not passed.

    8.    Counsel conferred via email regarding extending the time for Meta to respond to plaintiff's Complaint and the briefing schedule proposed below for

Meta's contemplated motion to dismiss. The parties agreed to extend Meta's time to respond to the complaint and the briefing schedule proposed below.

9. Therefore, Meta respectfully requests that the Court enter an order extending the time for Meta to respond to the Complaint and setting the briefing deadlines for Meta's contemplated Motion to Dismiss as follows:

| Event | Deadline |
|---|---|
| Meta's response to the Complaint, including any Motion to Dismiss | December 8, 2023 |
| Opposition to Motion to Dismiss | January 12, 2024 |
| Reply in Support of Motion to Dismiss | January 26, 2024 |

Dated: November 8, 2023

Respectfully Submitted,

**GIBSON, DUNN & CRUTCHER LLP**

By:   /s/ *Stephanie Silvano*

Stephanie Silvano (NJ Bar No. 168182016)
Email: ssilvano@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000

Elizabeth K. McCloskey (*pro hac vice* forthcoming)
Email: emccloskey@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  (415) 393-4622

*Attorneys for Defendant Meta Platforms, Inc.*

# ORDER

The above motion is ORDERED GRANTED. Meta's deadline to respond to the Complaint is extended and the briefing schedule for Meta's contemplated motion to dismiss is set as follows:

| Event | Deadline |
|---|---|
| Meta's response to the Complaint, including any Motion to Dismiss | December 8, 2023 |
| Opposition to Motion to Dismiss | January 12, 2024 |
| Reply in Support of Motion to Dismiss | January 26, 2024 |

ORDER DATED: _____

By:_____
UNITED STATES DISTRICT
JUDGE