**GIBSON, DUNN & CRUTCHER LLP**
STEPHANIE SILVANO (NJ Bar No. 168182016)
Email: ssilvano@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

ELIZABETH K. McCLOSKEY (*pro hac vice* forthcoming)
Email: emccloskey@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  (415) 393-4622
Facsimile:   (415) 393-8306

*Attorneys for Defendant Meta Platforms, Inc.*

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KACY KNIGHT, on behalf of herself and all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>META PLATFORMS, INC.<br><br>Defendant. | Case No. 2:23-cv-13347-MCA-JSA |

### LOCAL CIVIL RULE 11.2 CERTIFICATION

STEPHANIE L. SILVANO, of full age, hereby certifies as follows:

1. I am an associate at the firm of Gibson, Dunn & Crutcher LLP, attorneys for Defendant Meta Platforms, Inc.

1

2. In accordance with Local Civil Rule 11.2, I certify to the best of my knowledge, information, and belief, that this matter in controversy is not the subject of any other action pending in any court or of any pending arbitration or administrative proceeding, with the exception of the following:

   a. *Gershzon v. Meta Platforms, Inc.*, Case No. 3:23-cv-00083-SI (N.D. Cal.)

   b. *Keogh v. Meta Platforms, Inc.*, Case No. 6:23-cv-05004-DCC (D.S.C.)

   c. *Dye v. Meta Platforms, Inc.*, Case No. 5:23-cv-00509-BO (E.D.N.C.)

   d. *Davis v. Meta Platforms, Inc.*, Case No. 2:23-cv-01352-APG (D. Nev.)

   e. *Wright v. Meta Platforms, Inc.*, Case No. 2:23-cv-05566-DCN (D.S.C.)

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: November 8, 2023        /s/ *Stephanie Silvano*
                               Stephanie Silvano

                               *Attorney for Defendant*