UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KACY KNIGHT, on behalf of herself and all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>  Defendant. | Civil Action No.<br>2:23-cv-13347-MCA-JSA |

## ORDER

This matter having been brought before the Court by Gibson, Dunn & Crutcher LLP, counsel for Defendant Meta Platforms, Inc., on an application for *pro hac vice* admissions pursuant to L. Civ. R. 101.1(c); the Court having considered the Certifications in support of the application; and for good cause shown;

It is, on this 11th day of March, 2024, hereby

ORDERED that Lauren Goldman, Esq., Darcy Harris, Esq., and Elizabeth McCloskey, Esq. are hereby admitted *pro hac vice* on behalf of Defendant Meta Platforms, Inc. in the above-captioned matter pursuant to L. Civ. R. 101.1(c);

ORDERED that, all notices, pleadings, briefs, and other papers filed with the Court shall be signed by an attorney from the law firm of Gibson, Dunn & Crutcher LLP, attorney of record for Defendant, who is admitted to the Bar of this

Court and shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorneys admitted hereby;

ORDERED that Lauren Goldman, Esq., Darcy Harris, Esq., and Elizabeth McCloskey, Esq. shall each pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 and shall make such payments for each year in which they continue to appear *pro hac vice* in this matter;

ORDERED that Lauren Goldman, Esq., Darcy Harris, Esq., and Elizabeth McCloskey, Esq. shall each make payment of $250.00 to the Clerk of the United States District Court in accordance with L. Civ. R. 101.1(c)(3); and

ORDERED that Lauren Goldman, Esq., Darcy Harris, Esq., and Elizabeth McCloskey, Esq. shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to, the provisions of L. Civ. R. 103.1, <u>Judicial Ethics and Professional Responsibility</u>, L. Civ. R. 104.1, <u>Discipline of Attorneys</u>, and Appendix R.

                                                                  s/Jessica S. Allen
                                                **HON. JESSICA S. ALLEN**
                                                **UNITED STATES MAGISTRATE JUDGE**